UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lehman Brothers Bank,

        Plaintiff(s),

v.                                                                        Case No. 2:07−cv−11799−MOB−MKM
                                                                Hon. Marianne O Battani

Thomas H. Mallory Jr., et al.,

        Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Thomas H. Mallory, Jr, Kenneth F. Danter

    Pursuant to Fed. R. Civ. P. 55(a), the above named Defendant(s) has/have failed to plead or otherwise defend after being properly served with a summons and a copy of the complaint.

    Therefore, on request of the Plaintiff(s) and in accordance with Fed. R. Civ. P. 55(a), a Clerk's Entry of Default is hereby entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ A. Greer
                                                 Deputy Clerk

Dated:   June 22, 2007