UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lehman Brothers Bank, FSB,

           Plaintiff,

  v.

Case No. 2:07-cv-11799
Hon. Marianne O. Battani

Thomas H. Mallory, Jr., Kenneth F. Danter and
William E. Holland, III,
           Defendant.
_____/

## CLERK'S ENTRY OF
## JUDGMENT BY DEFAULT

The Clerk's entry of default having been entered against Defendant **Kenneth F. Danter,** and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, **JUDGMENT BY DEFAULT** is hereby entered in favor of the Plaintiffs and against the Defendant, **Kenneth F. Danter,** in the amount of **$7,448,931.13** plus interest.

                                    David J. Weaver, Clerk of Court
                                    United States District Court

               By:      s/A. Greer
                         Deputy Clerk

Dated: 7/20/2007