UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lehman Brothers Bank, FSB,

        Plaintiff,

vs.

Thomas H. Mallory, Jr., et al.,

        Defendants.

Case No.   2:07-CV-11799

Hon. Marianne O. Battani
Magistrate Judge Mona Majzoub

FILED
MAR 31 2010
CLERK'S OFFICE
DETROIT

## NOTIFICATION OF FILING UNDER BANKRUPTCY CODE AND SUGGESTION OF STAY

Now comes James A. Coutinho, attorney for Debtor, Kenneth F. Danter, and hereby notifies this Court that there is pending in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division, a proceeding under Chapter 7 of the United States Bankruptcy Code. The proceeding was filed as a Chapter 7 on March 29, 2010 and assigned Case No. **10-53541**. The filing of a petition under Chapter 7 of the United States Bankruptcy Code invokes Section 362 of said Code which stays the commencement or continuation of all judicial proceedings against the Debtor that were or could have been commenced to recover a claim that arose prior to the filing of the Chapter 7 bankruptcy proceeding. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ James A. Coutinho*

James A. Coutinho (0082430)
Strip, Hoppers, Leithart, McGrath
& Terlecky Co., L.P.A.
575 South Third Street
Columbus, Ohio 43215
614/228-6345
Attorney for Debtor, Kenneth F. Danter

United States Bankruptcy Court
Southern District of Ohio

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/29/2010 at 10:36 AM and filed on 03/29/2010.

**Kenneth F. Danter**
31 Meadow Park Drive
Columbus, OH 43209
SSN / ITIN: xxx-xx-8137
*fdba*
**High Point Classic Living, LLC**
*fdba*
**Classic Traditions, Inc.**
*fdba*
**Overlook at Deep River, LLC**
*fdba*
**Westland Classic Living, LLC**
*fdba*
**Tyche LLC**
*fdba*
**Greensboro Classic Living, LLC**
*fdba*
**Lyon Classic Living, LLC**
*fdba*
**Canton Classic Living, LLC**
*fdba*
**Daedalus Partners 5 LP**
*fdba*
**Classic Management Michigan, LLC**
*fdba*
**Tyche 5, Inc.**
*fdba*
**Classic Traditions of North Carolina, LLC**
*fdba*
**Classic Management Services, LLC**
*fdba*
**Residential Growth Properties No. 1, LLC**
*fdba*
**High Point Classic Living II, LLC**
*fdba*
**KBB Construction, Inc.**
*fdba*
**Highland Woods, Ltd.**
*fdba*



EXHIBIT "A"

Winston-Salen Classic Living, LLC
*fdba*
Greensboro Classic Living II, LLC
*fdba*
Momentum Engineering, LLC
*fdba*
Perrysburg Classic Living, LLC
*fdba*
CTI Service Organization, Inc.
*fdba*
Town Street Properties, Inc.
*fdba*
Taylor Classic Living, LLC
*fdba*
Lansing Classic Living, LLC
*dba*
Kenneth F. Danter & Company, Inc.
*fdba*
Classic Traditions, LLC
*fdba*
Classic Properties Ypsilanti, LLC

The case was filed by the debtor's attorney:   The bankruptcy trustee is:

**Myron N Terlecky**
575 S Third St
Columbus, OH 43215
(614) 228-6345

**Sara J Daneman**
62 Mill Street
Gahanna, OH 43230
614-337-0960

The case was assigned case number 2:10-bk-53541 to Judge John E. Hoffman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ohsb.uscourts.gov/ or at the Clerk's Office, 170 North High Street, Columbus, OH 43215-2414.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth Jordan
Clerk, U.S. Bankruptcy
Court**

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and accurate copy of the foregoing Notice of Filing of Bankruptcy and Suggestion of Stay was served upon the parties listed below, via U.S. Mail, this 29th day of March, 2010.

Jeffrey S. Kopp, Esq.  
Foley & Lardner  
500 Woodward Avenue, Ste. 2700  
Detroit, MI 48226  

William E. Holland, III  
200 Hollis Avenue  
Panama City, FL 32401  

Thomas Mallory, Jr.  
2010 West Devon Road  
Columbus, OH 43212  

_____  
James A. Coutinho